UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOSEPH P. BERTRAND and
NANCY L. BERTRAND
      Plaintiffs

v.                                                                      CIVIL ACTION NO.

GENERAL ELECTRIC COMPANY
      Defendant

**<u>NOTICE OF REMOVAL</u>**

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS:

      Pursuant to 28 U.S.C. §§ 1441 and 1446, the defendant, General Electric

Company ("GE"), hereby gives notice of the removal to this Court of an action brought

against it by the plaintiffs, Joseph B. Bertrand and Nancy L. Bertrand, which was filed in

the Commonwealth of Massachusetts, Middlesex County Superior Court, Civil Action

No. MICV2009-03253-B.  As grounds for this removal, GE states as follows:

      1.     The plaintiffs filed a Complaint and Demand for Jury Trial in Middlesex

Superior Court on or about August 21, 2009 ("Complaint").  A copy of the Complaint

was received by GE on November 6, 2009.  Copies of all pleadings served on GE in this

action are attached as Exhibit A.

      2.     Upon information and belief, the plaintiffs reside in Wakefield,

Massachusetts.

3.      GE is a New York corporation with a principal place of business in Fairfield, Connecticut.

4.      The plaintiffs' action is a civil action over which this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 and is one which GE is entitled to remove to this Court pursuant to 28 U.S.C. §§ 1441 and 1446 because the action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.  Specifically, the plaintiffs assert damages in the amount of $800,000 in the Civil Action Cover Sheet filed with their Complaint.

5.      A true and correct copy of this Notice of Removal will be filed with the Clerk of the Commonwealth of Massachusetts Superior Court Department of the Trial Court, Middlesex County, as provided by law.

6.      Written notice of the filing of this Notice of Removal will be given to the plaintiffs in this action, as required by law.

Signed, pursuant to Fed. R. Civ. P. 11, this 13th day of November, 2009.


GENERAL ELECTRIC COMPANY
By its Attorneys,

*/s/ Christine M. Netski*
_____
David A. Barry, BBO #031520
Christine M. Netski, BBO #546936
Sugarman, Rogers, Barshak & Cohen, P.C.
101 Merrimac Street
Boston, MA 02114-4737
(617) 227-3030
netski@srbc.com

Dated:  November 13, 2009

<u>CERTIFICATE OF SERVICE</u>

I, Christine M. Netski, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), if any, and paper copies will be sent on November 13, 2009 to:

Joseph B. Bertrand, Esquire
Murray, Kelly & Bertrand, P.C.
300 Trade Center - Suite 2700
Woburn, MA 01801

*/s/ Christine M. Netski*

Christine M. Netski, BBO #546936
netski@srbc.com

#420398

408583